IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN BUHRING**                                                         **PETITIONER**

**v.**                                                  **Civil Action No. 1:15-cv-179-HSO-JCG**

**JENNIFER SAAD,** *Warden of*
*FCI-Hazelton*                                                          **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court on the Report and Recommendation [16] of United States Magistrate Judge John C. Gargiulo, entered on June 30, 2016. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Order entered herewith adopting the Report and Recommendation [16],

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 19th day of July, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE